No. 78. GULF, COLORADO & SANTA FE RAILWAY COMPANY ET AL. *v.* GEORGE H. BOWLES. Error to the District Court of the United States for the Southern District of Texas. Submitted November 12, 1919. Decided November 17, 1919. *Per Curiam.* Reversed upon the authority of *Louisville & Nashville R. R. Co.* v. *Rice,* 247 U. S. 201. *Mr. Alexander Britton, Mr. Evans Browne, Mr. J. W. Terry* and *Mr. John G. Gregg* for plaintiffs in error. No appearance for defendant in error.

---

No. 188. GEORGIA M. HOUSTON, ADMINISTRATRIX, ETC., *v.* SEABOARD AIR LINE RAILWAY COMPANY. Error to the Supreme Court of Appeals of the State of Virginia. Motion to dismiss submitted November 17, 1919. Decided November 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. R. Randolph Hicks* for plaintiff in error. *Mr. G. Hatton* for defendant in error.